**Opinion issued September 16, 2014**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-13-00645-CV

———————————

## MARVA ZACHAIRE, Appellant

## V.

## TEXAS BEST STAFF LEASING INC. D/B/A ALT-SOURCE AND BARRON BUILDER AND MANAGEMENT COMPANY, Appellees

On Appeal from the 270th District Court
Harris County, Texas
Trial Court Case No. 2009-45507

## MEMORANDUM OPINION

Appellant, Marva Zachaire, has neither paid the required fees nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.941(a), 101.041 (West 2013); Order Regarding

Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on Multidistrict Litigation, Misc. Docket No. 07-9138 (Tex. Aug. 28, 2007), *reprinted in* TEX. R. APP. P. app. A § B(1). Further, Zachaire has not paid or made arrangements to pay the fee for preparing the clerk's record. *See* TEX. R. APP. P. 37.3(b). After being notified that this appeal was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 5; 42.3(b), (c).

We dismiss the appeal for nonpayment of all required fees and for want of prosecution. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Jennings and Keyes.